**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**BOBBY RAY OSBY**                                                                              **PLAINTIFF**

**V.                           CASE NO. 3:15-CV-246-DPM-BD**

**CRAIGHEAD COUNTY
SHERIFF'S DEPARTMENT, et al.**                                                    **DEFENDANTS**

### ORDER

Mr. Osby, an Arkansas Department of Correction ("ADC") formerly housed at the Criaghead County Detention Center, filed this lawsuit without the help of a lawyer under 42 U.S.C. § 1983. (Docket entry #1) Because his original complaint was deficient, the Court allowed Mr. Osby an opportunity to amend his complaint. (#13) Mr. Osby has now complied with the Court's order. (#17)

Based on the allegations contained in his amended complaint, Mr. Osby has stated deliberate-indifference claims against Defendants Hall, Boyd, Todd, and Chasity, in their individual capacities. Therefore, service is proper.

The Clerk of the Court is directed to prepare summonses for Defendants Hall, Boyd, Todd, and Chasity, and the United States Marshal is directed to serve copies of the complaint and the amended complaint with any attachments (#1 and #18), and a summons for these Defendants through the Craighead County Detention Center, 901 Willett Road, Jonesboro, Arkansas 72401, without prepayment of fees and costs or security.

IT IS SO ORDERED this 1st day of February, 2016.

_____
UNITED STATES MAGISTRATE JUDGE