IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BOBBY RAY OSBY
ADC #098128                                                                                    PLAINTIFF

v.                             No. 3:15-cv-246-DPM-BD

CRAIGHEAD COUNTY SHERIFF'S
DEPARTMENT; DOES, Medical Staff,
Craighead County; MATT HALL, Jail
Administrator, CCDC; MARTY BOYD,
Sheriff, CCDC; CHASITY, Nurse, CCDC;
and TODD, Assistant Jail Administrator,
CCDC                                                                                          DEFENDANTS

ORDER

Unopposed partial recommendation, № 19, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Osby's claims against the Craighead County Sheriff's Department are dismissed with prejudice. His official-capacity claims against Defendants Hall, Boyd, Chasity, and Todd are dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 February 2016