IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BOBBY RAY OSBY                                                          PLAINTIFF

v.                          No. 3:15-cv-246-DPM

MATT HALL, Jail Administrator,
Craighead County Detention Center;
MARTY BOYD, Sheriff, Craighead County
Detention Center; CHASSITY JACKSON,
Nurse, Craighead County Detention Center;
and TODD HARRELL,* Assistant Jail
Administrator, Craighead County Detention Center        DEFENDANTS

ORDER

Unopposed recommendation, № 44, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motions for summary judgment, № 37 & 40, granted. Osby's remaining claims will be dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

30 September 2016

---

*The Court directs the Clerk to correct Todd Harrell's name on the docket.