IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BOBBY RAY OSBY                                                                    PLAINTIFF

v.                              No. 3:15-cv-246-DPM

CRAIGHEAD COUNTY SHERIFF'S
DEPARTMENT; DOES, Medical Staff,
Craighead County; MATT HALL, Jail
Administrator, Craighead County Detention
Center; MARTY BOYD, Sheriff, Craighead
County Detention Center; CHASSITY
JACKSON, Nurse, Craighead County
Detention Center; and TODD HARRELL,
Assistant Jail Administrator, Craighead
County Detention Center                                                         DEFENDANTS

## JUDGMENT

Osby's claims against the Craighead County Sheriff's Department are dismissed with prejudice. Osby's official-capacity claims against Hall, Boyd, Jackson, and Harrell are dismissed without prejudice. Osby's individual-capacity claims against Hall, Boyd, Jackson, and Harrell are dismissed with prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 September 2016